IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DAUBERT, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. |
| | : | |
| NRA GROUP, LLC d/b/a | : | |
| NATIONAL RECOVERY AGENCY, | : | |
|     Defendant | : | JURY TRIAL DEMANDED |

**NOTICE OF REMOVAL**

Defendant NRA GROUP, LLC d/b/a NATIONAL RECOVERY AGENCY ("NRA" and/or "Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. NRA is a defendant in an action pending in the Commonwealth of Pennsylvania, Court of Common Pleas of Luzerne County, Civil Action, Case No. 2015-01734 ("the State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A".

2. Plaintiff in the State Court Action is JOHN DAUBERT ("Plaintiff"). See Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Defendant.

WHEREFORE, Defendant NRA Group, LLC d/b/a National Recovery Agency prays that the State Court Action be removed from the Commonwealth of Pennsylvania, Court of Common Pleas of Luzerne County, Civil Action, Case No. 2015-01734, to this Court for proper and just determination.

                                  FINEMAN KREKSTEIN & HARRIS, P.C.

                    By:      /S/ Richard J. Perr
                            RICHARD J. PERR, ESQUIRE
                            PA Atty ID Nos. 72883
                            BNY Mellon Center
                            1735 Market Street, Suite 600
                            Philadelphia, PA  19103-7513
                            (v) 215-893-9300; (f) 215-893-8719
                            rperr@finemanlawfirm.com
                            Attorneys for Defendant

Dated:  April 13, 2015

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically, or by first class mail, postage prepaid, or telecopy on the following:

>Carlo Sabatini, Esquire
>Sabatini Law Firm, LLC
>216 North Blakely Street
>Dunmore, PA  18512
>(v) 570-341-9000; (f) 570-504-2769
>ksecf@bankruptcypa.com; carlo@bankruptcypa.com
>          Attorneys for Plaintiff

>          /S/ Richard J. Perr
>          RICHARD J. PERR, ESQUIRE

Dated:  April 13, 2015