# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| JOHN DAUBERT | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   3:15-CV-00718 |
| NRA GROUP, LLC d/b/a National Recovery | ) |
| Agency | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

X   other:   Count I: Judgment is entered in favor of Defendant, NRA Group, LLC d/b/a National Recovery Agency
and against Plaintiff, John Daubert.  Count II: Judgment is entered in favor Plaintiff, John Daubert, in the sum of Thirty-
Four Thousand Five Hundred Dollars ($34,500), and against Defendant, NRA Group, LLC d/b/a National Recovery Agency .   .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

X   decided by Judge   A. Richard Caputo _____  on a motion for   Judgment as a
Matter of Law in a Jury Trial, pursuant to Rule 50(a), on August 15, 2016 as to Count I, and Motion for Partial
Summary Judgment as to Count II on May 27, 2016. _____ .

Date:   ___Aug 16, 2016___        *CLERK OF COURT*

/s/ Judith A. Malave, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*