IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DAUBERT, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 3:15-cv-00718-ARC |
| | : | (Judge A. Richard Caputo) |
| NRA GROUP, LLC d/b/a | : | |
| NATIONAL RECOVERY AGENCY, | : | |
|     Defendant | : | |

**NOTICE OF APPEAL**

Notice is hereby given that NRA Group, LLC d/b/a National Recovery Agency ("NRA"), the Defendant in the above-referenced case, hereby timely appeals to the United States District Court for the Third Circuit from the: (1) Memorandum and Order, entered in this action on May 27, 2016, ECF Docs. 46 and 47, granting Plaintiff summary judgment as to Count II of his Complaint; (2) Memorandum and Order, entered in this action on July 20, 2016, ECF docs. 73 and 74, denying NRA's Motion for Reconsideration; and (3) Judgment entered in favor of Plaintiff against NRA in the sum of $34,500 based on alleged violations of the Telephone Consumer Protection Act, entered in this action on August 16, 2016, ECF Doc. 94.

{01169349;v1}

NRA respectfully requests that all documents filed in this case be transmitted with the record on appeal.

                              FINEMAN KREKSTEIN & HARRIS, P.C.

                By:     /S/ Richard J. Perr
                       RICHARD J. PERR, ESQUIRE
                       PA Atty ID No. 72883
                       Ten Penn Center
                       1801 Market Street, Suite 1100
                       Philadelphia, PA 19103-1628
                       (v) 215-893-9300; (f) 215-893-8719
                       rperr@finemanlawfirm.com
                       Attorneys for Defendant

Dated: September 13, 2016

{01169349;v1}

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically, by first class mail, postage prepaid, or telecopy on the following:

> Carlo Sabatini, Esquire
> Brett M. Freeman, Esquire
> Sabatini Law Firm, LLC
> 216 North Blakely Street
> Dunmore, PA  18512
> (v) 570-341-9000; (f) 570-504-2769
> ksecf@bankruptcypa.com; bfecf@bankruptcypa.com
> Attorneys for Plaintiff

> /S/ Richard J. Perr
> RICHARD J. PERR, ESQUIRE

Dated:  September 14, 2016

{01169349;v1}