UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 16-3613 and 16-3629
_____

JOHN DAUBERT,
      Cross-Appellant in No. 16-3629

v.

NRA GROUP, LLC, d/b/a National Recovery Agency,

NRA Group, LLC,
      Appellant in No. 16-3613
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(M.D. Pa. No. 3-15-cv-00718)
District Judge: Honorable A. Richard Caputo
_____

Argued on May 23, 2017
Before: HARDIMAN, ROTH, and FISHER, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued on May 23, 2017.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered August 16, 2016, be and the same is hereby AFFIRMED in part and REVERSED in part. Summary judgment for John Daubert on his

TCPA claim is AFFIRMED. Judgment as a matter of law for NRA Group, LLC on Daubert's FDCPA claim is REVERSED. The case is REMANDED with instructions to enter judgment for Daubert on his FDCPA claim and to calculate damages under 15 U.S.C. § 1692k(a) and (b). All of the above in accordance with the opinion of this Court.

Costs shall not be taxed.

Attest:

s/ Marcia M. Waldron
Clerk

Dated: July 3, 2017